## MILOT BROTHERS COMPANY, INC.

v.

### Jerome SMITH.

### No. 79–404–M.P.

Supreme Court of Rhode Island.

Jan. 17, 1980.

William G. Savastano, North Smithfield, for petitioner.

Mark L. Smith, Woonsocket, for respondent.

#### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

■

### Frank NEWMAN et al.

v.

### Patrick T. BOYLE et al.

### No. 79–510–M.P.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Letts, Quinn & Licht, Daniel J. Murray, Joseph DeAngelis, Nicholas Trott Long, Providence, for petitioners.

DeSimone & Del Sesto Law Corporation, Herbert F. DeSimone, Gerard McG. DeCelles, Providence, for respondents.

#### ORDER

The order granting the request for permanent injunction is an appealable order and petitioners have appropriately filed a notice of appeal. Therefore, the petition for writ of certiorari is denied.

DORIS, J., did not participate.

■

### John ORZECHOWSKI et al.

v.

### STATE.

### No. 79–487–M.P.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Decof, Weinstein & Mandell, Martin W. Aisenberg, Mark S. Mandell, Jay S. Goodman, Providence, for petitioners.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Special Asst. Atty. Gen., for respondent.

#### ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.